IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | **8:23CR47** |
| vs. | |
| JOEL TYLER OLECHOSKI, | **ORDER** |
| Defendant. | |

This matter is before the court on the motion of Assistant Federal Public Defender Julie B. Hansen and the Office of the Federal Public Defender to withdraw as counsel for the defendant, Joel Tyler Olechoski. (Filing No. 18). Julie B. Hansen represents that the Office of the Federal Public Defender has a conflict of interest in this matter. Julie B. Hansen and the Office of the Federal Public Defender's motion to withdraw (Filing No. 18) was granted (Filing No. 19).

Deborah D. Cunningham, 900 South 75th Street, Omaha, NE 68114, (402) 334-3900, is appointed to represent Joel Tyler Olechoski for the balance of these proceedings pursuant to the Criminal Justice Act. Julie B. Hansen shall forthwith provide Deborah D. Cunningham with the discovery materials provided the defendant by the government and such other materials obtained by Julie B. Hansen which are material to Joel Tyler Olechoski's defense.

**IT IS SO ORDERED.**

Dated this 8th day of May, 2023.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge