IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>JOEL TYLER OLECHOSKI,<br><br>                Defendant. | 8:23CR47<br><br>ORDER |

      This matter is before the Court on Defendant's MOTION TO EXTEND TIME TO FILE PRETRIAL MOTIONS OUT OF TIME [23]. The Court notes that a jury trial as to this defendant is set for June 27, 2023, before Chief District Judge Robert F. Rossiter, Jr. However, for good cause shown, I find that the motion should be granted. Defendant will be given an approximate 25-day extension. Leave is given to file pretrial motions on or before June 16, 2023. Accordingly,

      **IT IS ORDERED:**

      1.    Defendant's MOTION TO EXTEND TIME TO FILE PRETRIAL MOTIONS OUT OF TIME [23] is granted. Pretrial motions shall be filed on or before June 16, 2023.

      2.    Defendant's jury trial scheduled for June 27, 2023, is cancelled, and shall be rescheduled upon the expiration of the June 16, 2023, pretrial motion filing deadline.

      3.    The ends of justice have been served by granting such motion and outweigh the interests of the public and the defendant in a speedy trial. The additional time arising as a result of the granting of the motion, i.e., the time between May 23, 2023, and June 16, 2023, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act for the reason defendant's counsel required additional time to adequately prepare the case, taking into consideration due diligence of counsel, and the novelty and complexity of this case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(A) & (B).

      Dated this 24th day of May, 2023.

                                                                                 BY THE COURT:

                                                                                 s/ Michael D. Nelson<br>
                                                                                 United States Magistrate Judge